O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OXYDE CHEMICALS, INC., <br><br>  Plaintiff, <br> v. <br> ESSEN POLYMERS, INC., <br><br>  Defendant. | Case No. 2:13-cv-5133-ODW(CWx) <br><br> **ORDER TO SHOW CAUSE RE LACK OF PROSECUTION** |

Based on Plaintiff Oxide Chemicals, Inc.'s Proof of Service, Defendant Essen Polymers Inc.'s answer to the Amended Petition to Confirm Arbitration was due 21 days from August 19, 2013, or September 9, 2013. (ECF No. 13.) To date, Essen has not filed an answer in this case.

Accordingly, Oxide Chemicals is hereby **ORDERED TO SHOW CAUSE**, in writing no later than September 30, 2013, why this case should not be dismissed for failure to prosecute. No hearing will be held for this matter. The Court will discharge this order to show cause upon receipt of a request for entry of default from Oxide Chemicals or an answer from Essen Polymers. In the event both documents are filed before the above date, the answer will take precedence. Failure to timely respond to this order will result in the dismissal of this case.

**IT IS SO ORDERED.**

September 23, 2013

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**