# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OXYDE CHEMICALS, INC.,<br><br>            Plaintiff,<br>   v.<br>ESSEN POLYMERS, INC.,<br><br>            Defendant. | Case No. 2:13-cv-5133-ODW(CWx)<br><br>**ORDER TO SHOW CAUSE RE DEFENDANT'S MOTION TO DISMISS [15]** |

Before the Court is Defendant Essen Polymers, Inc.'s Motion to Dismiss under Fed. R. Civ. P. 12(b)(5), arguing that service of the Summons and the First Amended Petition on August 19, 2013, was improper. (ECF No. 15.) Since that filing, it appears these documents were re-served on Kamlesh Doshi, the registered agent for service of process for Essen Polymers, on September 30, 2013. (ECF No. 18.) Thus, the Court believes that the pending Motion to Dismiss is moot.

Accordingly, Essen Polymers is hereby **ORDERED TO SHOW CAUSE**, in writing no later than October 8, 2013, why its Motion to Dismiss should not be denied as moot. No hearing will be held for this matter. Failure to timely respond to this order will result in the dismissal of this case.

**IT IS SO ORDERED.**

October 1, 2013

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**