Previously **JS-6**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

OXYDE CHEMICALS, INC.,

              Petitioner,

    v.

ESSEN POLYMERS, INC.,

              Respondent.

Case No. 2:13-cv-5133-ODW (CWx)

**JUDGMENT FOR PETITIONER OXYDE CHEMICALS, INC.**

In light of the Court's Order Confirming Arbitration Award issued on December 6, 2013 (ECF No. 34), **IT IS HEREBY ORDERED** that:

    1.    Judgment for Petitioner OXYDE CHEMICALS, INC. and against Defendant ESSEN POLYMERS, INC.

    2.    The Clerk of Court shall close this case.

**IT IS SO ORDERED.**

February 11, 2014

_____

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**